LIONEL Z. GLANCY (#134180)
MICHAEL GOLDBERG (#188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: info@glancylaw.com

Co-Lead Counsel for Plaintiffs
*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G. PERRIN and DIANE L. PERRIN, Individually and on Behalf of All Others Similarly Situated, | No. 2:08-cv-07844-FMC-AGRx |
| Plaintiffs, | CLASS ACTION |
| v. | **ORDER AMENDING SCHEDULE FOR DEFENDANTS' RESPONSE TO THE CONSOLIDATED AMENDED COMPLAINT AND BRIEFING THEREON** |
| SOUTHWEST WATER COMPANY, ANTON C. GARNIER, MARK A. SWATEK , CHERYL L. CLARY, PETER J. MOERBEEK and KPMG LLP, | |
| Defendants. | |

Pursuant to the Joint Stipulation Re Amended Schedule for Defendants'

NO. 08-CV-07844 FMC (AGRX) [PROPOSED] ORDER AMENDING SCHEDULE
FOR DEFENDANTS' RESPONSE TO THE AMENDED COMPLAINT AND BRIEFING THEREON

1

Response to the Consolidated Amended Complaint and Briefing Thereon,

IT IS HEREBY ORDERED:

1.      Defendants shall move, answer or otherwise respond to Plaintiffs' Consolidated Amended Class Action Complaint on or before January 12, 2010.

2.      If Defendants move to dismiss the amended complaint, Plaintiffs shall file any opposition to Defendants' motion to dismiss on or before February 22, 2010.

3.      Defendants shall file their replies to any opposition made by Plaintiffs on or before March 22, 2010.

DATED: **11-30-09**      _____

HONORABLE FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE

NO. 08-CV-07844 FMC (AGRX) [PROPOSED] ORDER AMENDING SCHEDULE
FOR DEFENDANTS' RESPONSE TO THE AMENDED COMPLAINT AND BRIEFING THEREON

2