1  ROBERT W. BROWNLIE (Bar No. 138793)
   robert.brownlie@dlapiper.com
2  JENNIFER M. FELDMAN (Bar No. 216645)
   jennifer.feldman@dlapiper.com
3  DLA PIPER LLP (US)
   401 B Street, Suite 1700
4  San Diego, CA  92101-4297
   Tel:   619.699.2700
5  Fax:   619.699.2701

6  Attorneys for Defendants
   SouthWest Water Company, Anton C. Garnier,
7  Mark A. Swatek, Cheryl L. Clary, and Peter J.
   Moerbeek
8

9                UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11

| ROBERT G. PERRIN and DIANE L. PERRIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHWEST WATER COMPANY, *et. al.*,<br><br>Defendants. | CASE NO.  2:08-cv-07844-JHN-AGRx<br><br>**NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br><br>Date:       April 19, 2010<br>Time:      9:30 am<br>Judge:     Hon. Jacqueline H. Nguyen<br>Courtroom: 1600 |
|---|---|

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE that on April 19, 2010, at 9:30 am, or at such later date and time as the court may order, in Courtroom 1600 of the above-captioned court, located at 312 N. Spring Street, Los Angeles, California, Defendants SouthWest Water Company, Anton C. Garnier, Mark A. Swatek, Cheryl L. Clary, and Peter J. Moerbeek (collectively, the "Defendants") will and hereby do move for partial summary judgment as to Claims I and III of the Consolidated Amended Class Action Complaint (the "CAC").  Defendants seek an order granting partial summary judgment as to Claims I and III.  This motion is based on this Notice; the Memorandum of Points and Authorities; the Declaration of James Kirkland; the Declaration of DeLise Keim; the Separate Statement of Uncontroverted Facts; and the records of this case.  This motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on January 8, 2010.

Dated:  January 12, 2010        DLA PIPER LLP (US)

                                        */s/ Robert W. Brownlie*
                                        Robert W. Brownlie
                                        Jennifer M. Feldman
                                        401 B Street, Suite 1700
                                        San Diego, CA  92101-4297
                                        Telephone:  619 699-2700
                                        Facsimile:  619 699-2700

                                        Attorneys for Defendants
                                        SouthWest Water Company, Anton C. Garnier, Mark A. Swatek, Cheryl L. Clary, and Peter J. Moerbeek