LIONEL Z. GLANCY (#134180)
MICHAEL GOLDBERG (#188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: info@glancylaw.com

Co-Lead Counsel for Plaintiffs
*[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT G. PERRIN and DIANE L. PERRIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHWEST WATER COMPANY, ANTON C. GARNIER, MARK A. SWATEK, CHERYL L. CLARY, PETER J. MOERBEEK and KPMG LLP,<br><br>Defendants. | No. CV 08-07844 JHN (AGRx)<br><br>CLASS ACTION<br><br>**JOINT STIPULATION RE: CONTINUATION OF THE HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS AND FOR PARTIAL SUMMARY JUDGMENT**<br><br>**Scheduled Hearing Date:**<br>Date: May 10, 2010<br>Time: 2:00 p.m.<br>Courtroom: #790 Roybal<br><br>**Proposed New Hearing Date:**<br>Date: May 17, 2010<br>Time: 2:00 p.m.<br>Courtroom: #790 Roybal |

---

No. CV 08-07844 JHN (AGRx) JOINT STIPULATION RE: CONTINUATION OF THE HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS AND FOR PARTIAL SUMMARY JUDGMENT

1

WHEREAS, on January 12, 2010, defendants SouthWest Water Company, Anton C. Garnier, Mark A. Swatek, Cheryl L. Clary, Peter J. Moerbeek (the "SouthWest Water Defendants") filed (i) a Motion to Dismiss the Consolidated Amended Class Action Complaint ("CAC") in this action filed by lead plaintiffs, Richard J. Hemmer, Paul M. Zatulove, Gus Karozos and Lionel Patenaude (collectively, "The Hemmer Group") and plaintiffs Nelson W. Bush, Joseph Yeatte, Thomas Moshier and Howard Fosman (collectively "Plaintiffs"); and (ii) a Motion for Partial Summary Judgment as to Claims I and III of the CAC (the "Motion for Partial Summary Judgment");

WHEREAS, also on January 12, 2010, defendant KPMG LLP filed, a motion to dismiss Claim II for Relief in the CAC against KPMG LLP ("KPMG");

WHEREAS, on January 22, 2010, defendant KPMG filed a notice of joinder in the SouthWest Water Defendants' Motion to Dismiss the CAC regarding the alleged violation(s) of Section 11 of the Securities Act, and the Motion for Partial Summary Judgment in its entirety;

WHEREAS, by Order dated February 24, 2010, pursuant to a stipulation of the Parties establishing a briefing schedule, the hearing on the motions to dismiss and the Motion for Partial Summary Judgment currently is scheduled for May 10, 2010, at 2:00 p.m. in Courtroom #790 of the Roybal Federal Building;

WHEREAS, subsequent to the entry of the February 24, 2010, Order setting a May 10, 2010, hearing date, counsel for KPMG discovered a scheduling conflict

No. CV 08-07844 JHN (AGRx) JOINT STIPULATION RE: CONTINUATION OF THE HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS AND FOR PARTIAL SUMMARY JUDGMENT

2

hearing in the instant action;

WHEREAS, in order to resolve the conflict in KPMG counsel's schedule on the hearing date, while also preserving the briefing schedule established in the February 24, 2010, Order for the filing of Plaintiffs' opposition to the motions to dismiss and the Motion for Partial Summary Judgment and other related briefing, counsel for the Parties have conferred and agreed to continue the currently scheduled hearing date, from May 10, 2010, to the following Monday, May 17, 2010, at 2:00 p.m. in Courtroom #790 of the Roybal Federal Building;

NOW, THEREFORE, the Parties, by and through their respective undersigned counsel, hereby stipulate to and submit for the Court's approval a proposed Amended Scheduling Order, providing as follows:

1. The currently scheduled hearing date on Defendants' motions to dismiss and the Motion for Partial Summary Judgment is vacated and continued to May 17, 2010, at 2:00 p.m. in Courtroom #790 of the Roybal Federal Building.

**IT IS SO STIPULATED.**

Dated: March 5, 2010        GLANCY BINKOW & GOLDBERG LLP

_/s/ Michael Goldberg_
Michael Goldberg
Lionel Z. Glancy
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

No. CV 08-07844 JHN (AGRx)
JOINT STIPULATION RE: CONTINUATION OF THE HEARING DATE ON
DEFENDANTS' MOTIONS TO DISMISS AND FOR PARTIAL SUMMARY JUDGMENT

3

```
                    COHEN MILSTEIN SELLERS & TOLL PLLC
                    Steven J. Toll
                    Daniel S. Sommers
                    S. Douglas Bunch
                    1100 New York Avenue, N.W.,
                    Suite 500, West Tower
                    Washington, D.C. 20005
                    Telephone: (202) 408-4600
                    Facsimile: (202) 408-4699
```

*Co-Lead Counsel for Plaintiffs and the Class*

Dated: March 5, 2010         DLA PIPER LLP (US)

_____
Jennifer M. Feldman
Robert W. Brownlie
401 B Street, Suite 1700
San Diego, California 92101-4297
Telephone: (619) 699-2738
Facsimile: (619) 764-6738

*Attorneys for SouthWest Water Company, Anton C. Garnier, Mark A. Swatek, Cheryl L. Clary and Peter J. Moerbeek*

Dated: March___, 2010        LOEB & LOEB LLP

_____
Robert A. Meyer
10100 Santa Monica Boulevard
Suite 2200
Los Angeles, California 90067
Telephone: (310) 282-2250
Facsimile: (310) 282-2200

*Attorneys for KPMG LLP*

---

No. CV 08-07844 JHN (AGRx)
JOINT STIPULATION RE: CONTINUATION OF THE HEARING DATE ON
DEFENDANTS' MOTIONS TO DISMISS AND FOR PARTIAL SUMMARY JUDGMENT

4

| | |
|---|---|
| 1 | COHEN MILSTEIN SELLERS & TOLL PLLC |
| 2 | Steven J. Toll |
|   | Daniel S. Sommers |
| 3 | S. Douglas Bunch |
|   | 1100 New York Avenue, N.W., |
| 4 | Suite 500, West Tower |
|   | Washington, D.C. 20005 |
| 5 | Telephone: (202) 408-4600 |
| 6 | Facsimile: (202) 408-4699 |
| 7 | *Co-Lead Counsel for Plaintiffs and the Class* |

8  Dated: March___, 2010        DLA PIPER LLP (US)

_____
Jennifer M. Feldman
Robert W. Brownlie
401 B Street, Suite 1700
San Diego, California 92101-4297
Telephone: (619) 699-2738
Facsimile: (619) 764-6738

*Attorneys for SouthWest Water Company, Anton C. Garnier, Mark A. Swatek, Cheryl L. Clary and Peter J. Moerbeek*

17 Dated: March 5, 2010        LOEB & LOEB LLP

/s/ Robert A. Meyer
_____
Robert A. Meyer
10100 Santa Monica Boulevard
Suite 2200
Los Angeles, California 90067
Telephone: (310) 282-2250
Facsimile: (310) 282-2200

*Attorneys for KPMG LLP*

---

No. CV 08-07844 JHN (AGRx)
JOINT STIPULATION RE: CONTINUATION OF THE HEARING DATE ON
DEFENDANTS' MOTIONS TO DISMISS AND FOR PARTIAL SUMMARY JUDGMENT

4

**PROOF OF SERVICE BY ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 08-02 AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On March 5, 2010, I caused to be filed the following document by posting such documents electronically to the ECF website of the United States District Court for the Central District of California:

**JOINT STIPULATION RE: CONTINUATION OF THE HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS AND FOR PARTIAL SUMMARY JUDGMENT**

**[PROPOSED] ORDER GRANTING CONTINUATION OF THE HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS AND FOR PARTIAL SUMMARY JUDGMENT**

and, simultaneously served upon the following ECF-registered parties:

Blake M Harper     bmh@huletharper.com, office@huletharper.com

Daniel S Sommers     dsommers@cohenmilstein.com

Dennis J. Stewart     dstewart@huletharper.com

Jennifer Marie Feldman     jennifer.feldman@dlapiper.com, sue.walton@dlapiper.com

Joon M Khang     joon@khanglaw.com

Lionel Z Glancy     lglancy@glancylaw.com

Michael M Goldberg     mmgoldberg@glancylaw.com, dmacdiarmid@glancylaw.com, info@glancylaw.com, rmaniskas@glancylaw.com, rprongay@glancylaw.com

Robert A Meyer     rmeyer@loeb.com, ptaylor@loeb.com

Robert W Brownlie     robert.brownlie@dlapiper.com, connie.garner@dlapiper.com, jennifer.feldman@dlapiper.com

1  Saul D Brenner    sbrenner@loeb.com, vhenderson@loeb.com
2  Steven J Toll    stoll@cohenmilstein.com
3  There are no non-ECF-registered parties.
4     I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 5, 2010, at Los Angeles, California.

                        ***S/Michael Goldberg***
                        Michael Goldberg