# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G. PERRIN, et al.,<br>　　　　　Plaintiffs,<br>　　　v.<br>SOUTHWEST WATER CO., et al.,<br>　　　　　Defendants. | Case No. CV 08-7844 DMG (AGRx)<br><br>**JUDGMENT** |

In accordance with the Order denying Plaintiffs' Motion for Leave to File an Amended Complaint and granting Defendants' Motion for Summary Judgment [Doc. # 189],

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendants SouthWest Water Company, Anton C. Garnier, Mark A. Swatek, Cheryl L. Clary, and Peter J. Moerbeek, and against Plaintiffs The Hemmer Group, Joseph Yeatte, Thomas Moshier, and Howard Fosman.

IT IS FURTHER ORDERED that Defendants SouthWest Water Company, Anton C. Garnier, Mark A. Swatek, Cheryl L. Clary and Peter J. Moerbeek are the prevailing party entitled to recover costs pursuant to Federal Rule of Civil Procedure 54(d) and Local Rules 54-2 and 54-4.

In compliance with 15 U.S.C. § 78u-4(c)(1), the Court finds that the above-mentioned Defendants and Plaintiffs, and their respective counsel, have complied with the requirements of Rule 11(b) of the Federal Rules of Civil Procedure.

DATED:   July 30, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE